# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KENNETH JACOBS**                                                                **PLAINTIFF**

**v.**                                        **3:09CV00068WRW/HLJ**

**RICHARD BUSBY,** *et al.*                                                      **DEFENDANTS**

## ORDER

The Court has received  proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, Plaintiff's Complaint against Defendants is DISMISSED without prejudice for failure to state a claim. An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 9th day of June, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE