**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KENNETH JACOBS**                                                                                              **PLAINTIFF**

**v.**                                           **3:09CV00068WRW/HLJ**

**RICHARD BUSBY,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Based on the Order entered in this matter on this date, this case is DISMISSED without prejudice for failure to state a claim. The relief sought is denied.

IT IS SO ORDERED this 9th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE